UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

REBECCA LIMON,

Plaintiff,

v.

THE CITY OF SAN DIEGO, et al.,

Defendants.

Case No.: 23-cv-01491-AJB-BJW

**ORDER ON EMERGENCY EX PARTE APPLICATION FOR EXTENSION OF TIME / CONTINUANCE OF PLAINTIFF'S AUGUST 4, 2026 OPPOSITION DEADLINES**

(Doc. Nos. 69)

Before the Court is Plaintiff Rebecca Limon's ("Limon") Emergency *Ex Parte* Application for Extension of Time / Continuance of Plaintiff's August 4, 2026 Opposition Deadlines. (Doc. No. 69.)

Defendants the City of San Diego, David Nisleit, Melissa Jackson, Stephanie Rose, Silvia Satrom, and Gil Witte (collectively, "Defendants") have not responded to the application. J. Battaglia Civ. Case Proc. § V.B.

For the following reasons, the Court (1) **GRANTS** the Application; (2) **STAYS** the briefing schedule (Doc. No. 62) for Defendants' motions for summary judgment (Doc. Nos. 56; 57), motion for judgment on the pleadings (Doc. No. 58), and motion *in limine* (Doc. No. 59); and (3) **SETS** a hearing for **August 10, 2026**.

On July 20, 2026, Defendants filed a motion for summary judgment or partial summary judgment (Doc. No. 56); a motion for partial summary judgment (Doc. No. 57); a motion for judgment on the pleadings (Doc. No. 58); and a motion *in limine* to exclude expert testimony from one of Limon's experts (Doc. No. 59). The following day, the Court entered a briefing schedule requiring Limon to respond to the motions on or before August 4, 2026. (Doc. No. 62.)

Also on July 20, 2026, Limon filed an *Ex Parte* Motion for Imposition of Lesser Sanctions *in Lieu* of Exclusion of Plaintiff's Expert Witnesses at Trial. (Doc. No. 60.) The Court requested supplemental briefing and set a hearing on the *ex parte* motion for August 13, 2026. (Doc. No. 63.)

On July 31, 2026, the present Emergency *Ex Parte* Application for Extension of Time / Continuance of Plaintiff's August 4, 2026 Opposition Deadlines was filed. (Doc. No. 69.)[1] The Application indicates that attorney Suzy C. Moore ("Moore") was employed by Frantz Law Group, APLC ("Frantz Law"), but that on July 29, 2026, Frantz Law terminated her employment. (Doc. No. 69 at 2; *see also* Doc. No. 69-1 ¶ 5.) On that same day, Frantz Law notified Limon of the separation and asked Limon to sign a substitution of counsel to restore Moore as Limon's counsel of record. (Doc. No. 69 at 2.) As a result of Moore's termination, Moore no longer has access to Limon's client file or to Moore's research and materials for the August 4, 2026 responses. (Doc. Nos. 69 at 3; 69-1 ¶¶ 5–6, 10–11.) It appears that Moore also lost access to her PACER account for electronic filing. (*See* Doc. No. 69-1 ¶ 14.) The Application thus seeks "a brief stay or extension of the impending [August 4, 2026] deadline." (Doc. No. 69 at 5.)

---

[1] It appears that the Application was authored and signed by attorney Suzy C. Moore, who has represented Limon since the beginning of this case. (*Compare id.* at 5, *with* Doc. No. 1 at 42.) However, the Application was filed by Edward Burak. (Doc. No. 69.) The application consequently does not comply with the Court's Electronic Case Filing and Administrative Policies and Procedures. (*See* Doc. No. 70.) Given the circumstances detailed below, the Court nevertheless accepts the application so that it can address the issues raised.

In light of the Application's representations, the Court **ORDERS**:

1. The Application is **GRANTED**.

2. The briefing schedule for Defendants' pending motions is **STAYED**.

3. A hearing is **SET** for **August 10, 2026, at 11:00 a.m.** in Courtroom 4A before the undersigned. The following individuals **must appear in person**: Plaintiff Rebecca Limon, attorney Suzy C. Moore, a representative of Frantz Law who can address the issues identified below, and Defendants' counsel.

a. Limon must be prepared to address whether she wishes to retain either Moore or Frantz Law as her counsel or if she wishes to seek other counsel.

b. Moore and the Frantz Law representative must be prepared to address (1) the whereabouts of Limon's client file and any related materials, (2) what is a reasonable extension of the stayed briefing schedule if Limon wishes to retain either Moore or Frantz Law as her counsel, and (3) whether Moore or Frantz Law will be prepared to proceed with the August 13, 2026 hearing if Limon wishes to retain either Moore or Frantz Law as her counsel.

c. Defendants' counsel should be prepared to address what is a reasonable extension of the stayed briefing schedule if Limon wishes to retain either Moore or Frantz Law as her counsel; as well as what is a reasonable extension of the stayed briefing schedule if Limon wishes to seek other counsel.

**IT IS SO ORDERED**.

Dated: August 3, 2026

Hon. Anthony J. Battaglia
United States District Judge